UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH CALVIN OWENS,

        Plaintiff,                           Case No. 2:13-cv-227

v.                                             HON. ROBERT HOLMES BELL

SENTA ROSE,

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On July 23, 2014, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 45) recommending that Plaintiff's Motion for a Preliminary Injunction (ECF No. 15) be denied. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

For the foregoing reasons, this Court adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's July 16, 2014, R&R (ECF No. 45) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Preliminary Injunction (ECF No. 15) is **DENIED**.

Dated: August 18, 2014                              /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                            UNITED STATES DISTRICT JUDGE