UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOSEPH OWENS,

        Plaintiff,                        Case No. 2:13-cv-227

v.                                          HON. ROBERT HOLMES BELL

SENTA ROSE,

        Defendant.

_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 7, 2015, Magistrate Judge Timothy P. Greeley issued a Report & Recommendation ("R&R") (ECF No. 70) recommending that Defendant's motion for summary judgment (ECF No. 56) be granted, dismissing this case in its entirety. On August 21, 2015, Plaintiff filed a response to the R&R, stating that he "respect[s] the decision the judge made" and "want[s] nothing else to do with this case." (ECF No. 72.) The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's August 7, 2015, R&R (ECF No. 70) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 56) is **GRANTED** and this case is **DISMISSED.**

A judgment will enter that is consistent with this order.

Dated: August 31, 2015                             /s/ Robert Holmes Bell
                                                             ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE